IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| **RLI INSURANCE COMPANY** § § | |
| **Plaintiff,** § § | |
| § | **CIVIL ACTION NO.** |
| v. § | **7:15-cv-226-RAJ** |
| § | |
| **WELLS FARGO EQUIPMENT FINANCE,** § | |
| **INC.** § § | |
| **Defendant.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The parties jointly file this their Joint Stipulation of Dismissal With Prejudice.

1. The parties have reached a settlement with regard to all claims filed in this case.

2. Accordingly, all parties respectfully request that the claims, causes of action, and demands for relief asserted by any of them in the above-referenced matter be dismissed with prejudice.

3. All parties further agree that all costs are to be borne by the party incurring same.

4. The parties hereto are, along with the filing of this Stipulation, submitting an Agreed Order of Dismissal with Prejudice to the Court for entry.

WHEREFORE, PREMISES CONSIDERED, all parties hereto respectfully present this Joint Stipulation of Dismissal With Prejudice and request the Court sign and enter the Agreed Order of Dismissal With Prejudice, and for such other and further relief as to which they may be justly entitled.

Respectfully submitted,

*/s/ Greg K. Winslett*
GREG K. WINSLETT
State Bar No. 21781900
TAMMY L. CLARY
State Bar No. 24001894
**QUILLING, SELANDER, LOWNDS,**
**WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
gwinslett@qslwm.com
tclary@qslwm.com

**ATTORNEYS FOR PLAINTIFF**
**RLI INSURANCE COMPANY**

*/s/ Larry Chek*
Larry Chek
State Bar No. 04174650
**PALMER & MANUEL, LLP**
8350 N. Central Expressway, Suite 1111
Campbell Centre I
Dallas, Texas 75206
(214) 242-6452
(2140 265-1950 (Fax)
lchek@pamlaw.com

**ATTORNEYS FOR DEFENDANT**
**WELLS FARGO EQUIPMENT FINANCE INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon all parties via ECF filing on this 19th day of April, 2016.

*/s/ Tammy L. Clary*
Greg K. Winslett / Tammy L. Clary